IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| This document relates to: | |
| CARRIE RICHARDS, Administratrix of the Estate of Winona Neal, v. WYETH, et al. | CIVIL ACTION NO. 05-25157 |

PRETRIAL ORDER NO. 8327

AND NOW, this 23rd day of October, 2009, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of Wyeth to enforce the Settlement Agreement and Pretrial Order No. 1415 against Class Member Carrie Richards, Administratrix of the Estate of Winona Neal, is GRANTED;

(2) Carrie Richards is ENJOINED from prosecuting the action *Richards v. Higgins General Hospital, American Home Products, d/b/a Wyeth, Ara Travers, M.D., and John C. Earle, M.D.*, No. 04-V-01843, in the Superior Court of Carroll County, Georgia, with respect to Wyeth and its affiliates, and against any other Released Party as defined in the Nationwide Class Action Settlement Agreement;

(3) the motion of Wyeth to grant as uncontested its motion to enforce the Settlement Agreement and Pretrial Order No.

1415 against Class Member Carrie Richards, Administratrix of the Estate of Winona Neal is DENIED as moot;

    (4)  the Clerk shall terminate the removed action (docket number 05-CV-25157) as to Tanner Medical Center, Inc., Ara Travers, M.D., and John C. Earle, M.D.; and

    (5)  the Clerk is directed to mark as closed the above-captioned action.

                                BY THE COURT:

                                _____ C.J.